THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA


JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

Eddie Ray: Kahn,
    Petitioner,

v.

Jonathan C. Miner, Warden,
    Respondent

Crim. Case No. 1:08-cr-271

Case No. __5:12-Hc-2149__

**Common Law Writ of Habeas Corpus Ad Subjiciendum Petition**

---

This document is a <u>Writ</u> of <u>Habeas Corpus Ad Subjuciendum</u>
petition. It is a <u>common law</u> pleading and will be pled
according to the rules of the common law, pursuant to the 7th
Amendment of the Constitution of the United States of America
(CUSA). It is being filed by Eddie Ray: Kahn, a man whose
political status is American National. I am currently
imprisoned in Rivers Correctional Institution, a private, for
profit prison located in Winton, North Carolina. I am alleging
Kidnapping, False Imprisonment and Involuntary Servitude by the
Respondent due to the fact that Jonathan C. Miner, the Warden
at Rivers, has no Constitutional, Congressional or
contractional authority to imprison me and/or force me to work.

## JURISDICTIONAL STATEMENT

1. I am aware that Congress has created <u>two different</u> types
of courts:

2. <u>Article I courts</u> are "legislative" courts, and have no
Article III "judicial power". They are strictly <u>administrative</u>
in nature.

3. <u>Article III courts</u> are "judicial" courts. They have
Article III power, and can hear <u>all cases</u> in Law and Equity.

4. I am also aware that Congress has created <u>two different</u>
types of judges:

5. <u>Article III judge</u>: His office is created pursuant to
Article III, section 2 of the CUSA and the Judiciary Act of
1789. Article III judges take the oath of office found in
section <u>8</u> of the Judiciary Act of 1789, which states:

> "I, A.B., do solemnly swear or affirm, that I will
> administer justice without respect to persons, and
> do equal right to the poor and to the rich, and that I
> will faithfully and impartially discharge and perform
> all duties incumbent on me as, according to the best of
> my abilities and understanding, agreeably to the
> constitution, and the laws of the United States, so
> help me God."

These judges are appointed for life and their compensation
cannot be diminished (i.e., taxed) while they are in office (See
Williams v. U.S., 77 L. Ed 1372 (1933).

6. Article I judges: Employees of the Executive branch of
government are appointed as judges pursuant to Article IV,
section 3 of the CUSA for Article I courts. However, they have
no judicial power to hear common law pleadings. Their oath of
office is found at 28 USC 453 and is a different oath than that
taken by Article III judges. They also sign a Standard Form 61
Appointment Affidavit and take the oaths subscribed on it. Those
oaths are only applicable to people being appointed to Executive
branch positions.

Some of the Article IV, section 3 judges are appointed for
life, some are appointed for a specific number of years.
However, all of them are required to file personal income tax
forms (1040 form), every year and pay taxes on the salary they
make. Thus their compensation is diminished while they are in
office. Conversely, an Article III judge's salary cannot be
taxed while he is in office, as that would make him in violation
of the CUSA.

7. I am aware that there are two different types of "law"
being used in federal courts today.

8. Acts of Congress: An Act of Congress is passed into law
pursuant to the requirements detailed in Article 1, section 7,
clause 2 of the CUSA. All Acts of Congress, to be valid, must
conform to the limitations of government authority delineated in
the CUSA.

9. United States Code: This is a revised and restated version of an Act of Congress. It is created, not by a Congressman, but by a lawyer with the title of "Law Revision Counsel", who works exclusively for the Speaker of the House of Representatives. He serves exclusively at the pleasure of the Speaker.

10. The revised and restated Code sections are not real law because they do not Amend or Repeal the Acts of Congress they were derived from (See 1926 U.S. Code book Preface). The revision is done at the behest and under the direction of the Speaker and other unknown (at this time) persons. It does not go through the legislative process required by the CUSA to become law. It is simply the Law Revision Counsel's opinion as to how he thinks the Act should read. Because it is his original work, it is copywrited and sold for profit. Note: I have observed that some people, including judges, prosecutors and private attorneys think that the U.S. Code sections are law and use them as suchin trials, without the defendant being advised that it is not an Act of Congress. The Defendant is being defrauded by the Plaintiff.

11.Unless the judge assigned to hear this case informs me otherwise, I am assuming this Court is established under Article III of the CUSA, and the office of the judge was also established under Article III as well, and will proceed accordingly. However, if I am incorrect in this assumption of Article III powers of this Court, and the judge adjudicating this Writ, please inform me of where to go to access the proper Article III court and judge to rule on this false imprisonment charge I am now putting forth.

12. Should I be correct in assuming that this is an Article III court, with an Article III judge seated, then this Court has jurisdiction to hear this matter pursuant to Article III, section 1 of the CUSA.

Important Note: Any judge whose office was created by the Judiciary Act of 1789 has the authority to grant the Writ, according to section 14 of said Act.

## PARTIES

13. The Petitioner, Eddie Ray: Kahn, has been incarcarated in Rivers Correctional Institution since August 5, 2011.

14. The Respondent, Jonathan C. Miner, has been the Warden at Rivers Correctional Institution the entire time of my incarcaration.

## JUDICIARY ACT OF 1789

15. The Judiciary Act of 1789 created the federal Article III judicial courts in America. It created the District Court in section 3, the office of the judge in section 8, the office of the Clerk of the Court in section 7, the office of the marshal in 27, and the offices of the attorney for each district who would prosecute and defend on behalf of the United States as well as an attorney-general, whose office was created for the attorney who would prosecute and defend the United States in the Supreme Court was created in section 35. All of the offices, being created pursuant to Article III, are judicial offices.

16. The Act also created the Oaths of Office that everyone except the attorney and the attorney-general are required to take prior to taking office. However, the judge, clerk of the court and the marshals in Case No. 08-cr-271 (D.C.) (2008) did not take those oaths.

17. Since Congress has established two different court systems, one under the authority of Article III of the CUSA (Judicial branch) and one under the authority of Article I and Article IV, section 3 of the CUSA (Executive branch), it only makes sense that each court system would have different responsibilities and different types of personnel. They would also take different oaths, as the former works for the Judicial branch of government and the latter works for the Executive branch of government.

18. In looking at the Standard Form 61 Appointment
Affidavits of other U.S. District Court judges, Clerks of the
Court, U.S. Marshals and the U.S. Attorneys, the oaths that
they took are, according to 5 USC 2903 and 5 USC 3331, oaths
that men and women take that are going to work for the
Executive branch of government. That also identifies them as
employees of an Article I court.

19. The Separation of Powers Doctrine prohibits any man or
woman from working in two branches of government
simultaneously, correct?

20. Since only Article III judges have Constitutional
authority to adjudicate a common law case, I, as the
Petitioner, must make sure I am in the proper court. To confirm
that this is an Article III court, please forward to me a copy
of the Appointment Affidavit and Oath of Office for the judge
assigned to this case along with the same for the Clerk of the
Court, marshal of the court and attorney representing the
United States of America.

## REPRESENTATION

21. I, Eddie Ray: Kahn, am appearing as myself, without
Counsel or an attorney pursuant to section 32 of the Judiciary
Act of 1789. I am representing no one. I have no training in
the complexities of law. I do not understand the Court rules
and procedures and am compelled to submit the petition for
this common law Writ of Habeas Corpus Ad Subjiciendum
(hereinafter "Writ") out of necessity, as I have not been able
to retain competent Counsel or a licensed attorney to assist
me in this matter.

22. However, I am not going to wait any longer to try and
hire Counsel or an attorney, as I have been illegally,
unlawfully and falsely imprisoned for over five years and I
demand immediate relief.

23. Therefore, I am invoking section 35 of the Judiciary
Act of 1789, which states in pertinent part:

"And it be further enacted, that no summons, writ,
declaration, return, process, judgement, or other
proceedings in civil causes in any of the courts of the
United States, shall be abated, arrested, quashed, or
reversed, for any defect or want of form, but said courts
respectively shall proceed and give judgement according as
the right of the cause and matter of law shall appear
unto them, without regarding any imperfections, defects or
want of form in such writ, declaration, or other
pleadings, return process, judgement, or course of
proceedings whatsoever." (Underlining added)

### PETITION FOR HABEAS CORPUS AD SUBJICIENDUM

24. This Petition is a common law "Writ of Habeas Corpus Ad
Subjiciendum".

25. As is stated in the U.S. Supreme Court case of Odell v.
Farnsworth, 63 L. Ed 1111, "The Party who brings Suit is master
to decide what law he will rely upon, and the allegations of his
bill are the evidence, or the expression, of his decision, upon
which the federal courts must act in determining the question of
their jurisdiction".

26. I cannot imagine why it would matter to this Court what
law I choose to rely upon, since, according to the CUSA, Article
III, section 2, an Article III court can hear "all cases in law
and equity".

27. If it does matter to the judge assigned to this case what
law I choose to rely on, I ask that the judge submit findings of
fact and conclusions of law as to why he would refuse to let me
use the law of my choice in this matter.

### STATEMENT OF THE FACTS

The issue in this case is simple and straight forward.

28. The U.S. Attorney General (AG) and the Department of Justice (DOJ), through it's bureau, the Bureau of Prisons (BOP), infer that they have the Constitutional and Congressional authority to imprison me.

29. However, the Judiciary Act of 1789, specificallly section 35 (Ex. A ), that created the office of the AG, and the Act of 1870 that created the DOJ (Ex. B ), did not give the AG or the DOJ any authority to imprison anyone.

30. Through a Freedom of Information Act (FOIA)/Privacy Act (PA) request to the DOJ and the BOP, I requested a copy of the document that identifies the Act of Congress that authorized either the AG or the DOJ/BOP to imprison anyone.

31. Jason Sickler, Regional Counsel for the BOP, did respond. He stated **"The BOP does not routinely maintain documents which identify the Act of Congress for which an inmate is convicted or which authorize the BOP to imprison inmates"** (Ex. C ).

32. Since neither the DOJ or the BOP could produce any Act of Congress or any Article and section number of the Constitution of the United States of America (CUSA) that authorized them to incarcarate me, the maxim of law applies that states **"Evidence not produced is presumed not to exist"**.

33. The DOJ and the BOP were both offered the opportunity administratively, through the FOIA/PA request, to produce the document that identified the Act of Congress that authorizes the DOJ/BOP to imprison me. They could not produce it.

34. According to the Administrative Procedures Act (APA), the DOJ/BOP is now barred from trying to produce it now in this case as, by doing so, they would have caused me to expend a lot of unnecessary time, effort and money as well as wasting the Court's time and resources.

35. Every branch of the federal government has certain powers and authority. These powers are derived directly from the CUSA. Those powers are then delegated by Congress via an Act of Congress specifically to the Agency that is created by an Act of Congress to carry out a specific task.

36. Those powers and authorities are only given one way. That is by an Act of Congress specifically stating the authority and identifying w lich Agency can exercise that authority (See Article I, section 7, clause 2 of the CUSA).

37. If there is no Act of Congress authorizing an Agency to do a specific act, and it does it anyway, it exceeds it's lawful authority and it's actions are void and without lawful effect.

38. Important Note: If the AG, DOJ or BOP now claim they have located an Act of Congress that authorizes the AG or the DOJ/BOP to imprison me, I will waive the APA requirement that they should have produced it administratively via the FOIA/PA. Please allow them to enter the Act of Congress as evidence of the Respondent's lawful authority to imprison me. I am giving them this extra opportunity simply to prove, without a doubt, that no such Act of Congress exists.

39. Without being able to produce an Act of Congress that authorizes the DOJ/BOP to imprison me, the Respondent has clearly violated the Non Detention Act of 1971, which states in pertinent part: "No citizen shall be imprisoned, or otherwise detained, by the United States, except pursuant to an Act of Congress".

40. If no Act of Congress authorizing the AG or the DOJ/BOP to imprison me can be produced by the Respondent, that will be proof positive that the Respondent has no lawful authority to imprison me and the Respondent is, indeed, guilty of Kidnapping, False Imprisonment and is also guilty of violating the 13th Amendment of the CUSA by forcing me into Involuntary Servitude.

41. The appropriate remedy is immediate release from custody or, in the alternative, placed in the custody of the federal Agency that has been given the authority to imprison me by an Act of Congress.

## INVALID CONTRACT

42. Petitioner's position - The ONLY lawful authority that the Respondent would have to imprison me is if the contract between the GEO Group, Inc. and the BOP is valid. To be valid, that contract would have to transfer the authority that the BOP alleges and infers that it has to incarcarate federal prisoners to GEO, Rivers and, ultimately, to the Respondent.

43. I have seen no Act of Congress, nor do I believe that one exists, that has authorized the AG or the DOJ/BOP to detain or imprison anyone.

44. Absent that Congressional authority, the BOP could not lawfully transfer to the Respondent what the BOP itself does not possess.

45. Petitioner has included as exhibits in this Writ a copy of the Judiciary Act of 1789, which created the office of the attorney-general. Another exhibit is the Act of 1870 that created the Department of Justice. Neither of those Acts of Congress authorized the AG or the DOJ/BOP to imprison anyone.

## CONCLUSION

46. The whole controversy boils down to this: Has the Attorney General and/or the Department of Justice been granted the authority, by an Act of Congress, to imprison anyone?

47. Neither the DOJ or the BOP was able to produce any Act of Congress that authorized them to imprison me. Therefore, the DOJ/BOP had no lawful authority to incarcarate me. Judge Royce Lamberth was equally at fault, as on the Judgment and Commitment Order, he ordered that I be placed in the custody of the DOJ/BOP when he knew, or should have known, that there was no Act of Congress that had authorized such custody and it was, consequently, unlawful.

48. Furthermore, when the BOP contracted with GEO to have GEO imprison me, the BOP knowingly committed fraud on me and GEO as the DOJ/BOP could not lawfully transfer authority to a private company that Congress had not initially given it.

49. However, the Respondent is also at fault as he failed to exercise proper due diligence to make sure the BOP had Constitutional and Congressional authority to transfer to GEO and ultimately, the Respondent, the authority to imprison me.

50. The result is that the contract that the Respondent relies upon as his lawful authority to imprison me is a fraudulent instrument, as there was, in all liklihood, no full disclosure by the BOP of all relevant facts and, in fact, actual concealment by the BOP of facts that were essential to be known prior to the signing of the contract.

51. The concealment and non disclosure of essential facts makes the contract void and of non effect ab initio.

52. Based on the Petitioner's exhibits and affidavits, as well as the inability of the DOJ/BOP to produce a document that identifies any Act of Congress authorizing it to imprison anyone, there is obviously no Act of Congress that has authorized the AG/DOJ/BOP to imprison me.

Absent a contract that gives the Respondent lawful authority to incarcarate me, I have been falsely imprisoned and forced to work for the Respondent since August 5, 2011.

## ADDITIONAL PROOFS OF MY ALLEGATION

54. I can easily prove that there is no Act of Congress that authorized the AG/DOJ/BOP to imprison me by the issuance of the following attached Admissions and Interrogatories:

55. By Admissions to be submitted to the current Law Revision Counsel, Peter LeFevre, who works exclusively for the Speaker of the House of Representatives, and is the Creator of the U.S. Code.

56. By Admissions to be submitted to the Speaker of the U.S. House of Representatives, John Boehner.

57. By Interrogatories to be submitted to the Respondent.

58. The **Admissions** and **Interrogatories** are to be served upon the above named parties pursuant to the Act of Congress cited at 62 Stat. 966.

## REQUESTED RELIEF

59. That this common law Writ of Habeas Corpus Ad Subjiciendum be promptly issued pursuant to the governing Common Law rules within 72 hours of my filing.

60. If the Respondent returns the Writ, I would need the Clerk of the Court to send to me a copy of the Common Law rules so that I can comply with them.

61. That if the Respondent does not file a return to the Writ within the required period of time, that I be immediately released or, in the alternative, placed in the custody of the Federal Agency that has the authority pursuant to an Act of Congress, to imprison me.

## AFFIDAVIT IN SUPPORT OF WRIT OF HABEAS CORPUS AD SUBJICIENDUM

"All it takes is (affidavits) to make a prima facie case."
United States v. Kis, 658 F. 2d 526, 536 (7th Cir.) (1981)

Eddie Ray: Kahn, being first duly sworn, deposes as follows:

1. On or about July 31, 2011, I was transported by the U.S. Marshals Service from La Tuna FCI in Anthony, Texas, which is a federal prison, to the Oklahoma City Transfer Center. After spending four days there, I was further transported to Rivers Correctional Institution in Winton, North Carolina.

2. I arrived at Rivers Correctional institution on August 5, 2011. I have been incarcarated there since that time, to present date. The Rivers Correctional Institution is a private, for profit prison owned by the GEO Group, Inc., a publicly traded company headquartered in Boca Raton, Florida.

3. After a careful reading of the Judiciary Act of 1789 and the Act of Congres that created the Department of Justice in 1870, I recently discovered that neither Act authorized the U.S. Attorney General or the U.S. Department of Justice to imprison anyone.

4. The Department of Justice has presumed that there is an Act of Congress that authorized it to imprison men and women, as it internally created a bureau named the Bureau of Prisons.

5. I requested, from the Department of Justice and the Bureau of Prisons, through a Freedom of Information Act/Privacy Act(FOIA/PA) request, a copy of the document that identifies the Act of Congress that authorized either the Attorney General or the DOJ/BOP to imprison anyone.

6. The DOJ FOIA/PA Unit did not respond at all, thereby violating both of the aforementioned Acts of Congress as well as a directive from President Obama himself.

7. Jason Sickler, Regional Counsel for the BOP did respond. He stated, in the pertinent part of his response **"The BOP does not routinely maintain documents which identify the Act of Congress for which an inmate is convicted or which authorize the BOP to imprison anyone".**

8. The Freedom of Information Act and the Privacy Act both require the responding Agency to give the Requester one of three responses:

   a. Give the Requester the document.

   b. State that the document does not exist.

   c. State that the document is exempt.

9. The DOJ/BOP violated the requirements of the Acts regarding production of the requested documents, as they did not give me any of the three authorized answers to my request.

10. At no time have either the DOJ or the BOP produced the requested document that identified any Act of Congress or any Article and section number of the Constitution of the United States of America (CUSA) that authorized them to incarcarate me.

11. There is a maxim of law that states **Evidence** not **produced** is **presumed** not to **exist**".

12. The DOJ/BOP also violated the Administrative Procedures Act (APA), as I tried to get this matter resolved administratively and not waste the Court's time and resources in trying to either get the document or a statement saying the document does not exist.

13. According to the APA, the failure of both the DOJ and BOP to abide by the mandates of the Freedom of Information Act and the Privacy Act that they either give me a copy of the requested document or state that it does not exist, they are now barred from trying to produce such a document now.

14. I do not believe there is such a document. However, if there is, I will waive the untimeliness and allow the Respondent to produce it.

15. Absent an Act of Congress that gives the AG/DOJ/BOP the authority to imprison any man or woman, the BOP has no authority to transfer such authority to the Respondent.

16. Consequently, the Respondent has no lawful authority to imprison me and is, in fact, in violation of both North Carolina and federal laws regarding Kidnapping, False Imprisonment and Involuntary Servitude.

17. The Non Detention Act of 1971 clearly states that "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress".

18. I have not been imprisoned pursuant to any Act of Congress.

19. The AG/DOJ/BOP and the Respondent have all violated the Non Detention Act of 1971.

20. The Respondent knew, or should have known, that the BOP has no authority to transfer any authority to the Respondent to imprison me as, with proper due diligence, that fact would have been easily discovered.

21. Based on the foregoing facts, I have been falsely imprisoned and forced to work by the Respondent, Jonathan C. Miner, at Rivers Correctional Institution from August 5, 2011 to present date.

FURTHER Affiant sayeth not.

Eddie Ray: Kahn
Fed. No. 18325-008
RCI
P.O. Box 630
Winton, N.C. 27986

SWORN and subscribed to before me on _May 23_ , 2012

Sworn to and subscribed before me
this _23_ day of _May_ , 20 _12_

Notary Public

My Commission Expires 11-23-2014

My commission expires _11-23_ , 20 _14_

## STANDING

Eddie Ray: Kahn, being first duly sworn, deposes as follows:

1. I have standing to bring this action into this federal district court as I was taken by the U.S. Marshals Service from La Tuna FCI in Anthony, Texas, a federal prison, and delivered by them to the Respondent, who was to have custody and control of my body from August 5, 2011 to some indefinite date in the future.

2. Since August 5, 2011 to present date, I have been illegally deprived of my liberty by Jonathan C. Miner, the Warden at the Rivers Correctional Institution in Winton, North Carolina, which is a private, for profit prison.

3. I have also been harmed by the Respondent in that I have been deprived of my ability to take care of my wife and children as a husband and a father, deprived of the opportunity to earn a living, loss of my good reputation in the community and loss of virtually all of my worldly possessions.

4. Jonathan C. Miner, the Respondent, is the man who is unlawfully imprisoning me.

5. The appropriate remedy is immediate release.


Eddie Ray: Kahn

SUBSCRIBED and sworn to before me on _May 23_ , 2012

Sworn to and subscribed before me
this _23_ day of _May_ , 20 _12_

_Notary Public_

My Commission Expires 11-23-2014

## ISSUES FOR THE COURT TO REVIEW

1. Am I being imprisoned pursuant to an Act of Congress as required by the Non Detention Act of 1971?

2. Is there an Act of Congress that authorizes the AG/DOJ/BOP to imprison anyone?

3. Does the AG/DOJ/BOP have Congressional authority to transfer to the Respondent, Jonathan C. Miner, Warden of the Rivers Correctional Institution, a private, for profit prison, the authority to imprison me when Congress never gave the AG or the DOJ/BOP the authority to imprison me?

4. Does the Respondent have any lawful authority to imprison me?

## ADMISSIONS FOR THE SPEAKER OF THE U.S. HOUSE OF REPRESENTATIVES, JOHN BOEHNER

Pursuant to the Judiciary Act of 1789, the Petitioner submits the following Admissions to the current Speaker of the U.S. House of Representatives, John Boehner. You are directed to answer each of the Admissions under oath and return said answers to the Petitioner within 30 days of service.

1. There is a United States Code section that authorizes the U.S. Attorney General and/or the U.S. Department of Justice to imprison men and women.

2. The Code section that authorizes the Attorney General and/or the Department of Justice to imprison men and women is a revision and restatement of the Act of Congress it was derived from.

3. All U.S. Codes are a revision and restatement of an Act of Congress.

4. The Law Revision Counsel works exclusively for the Speaker of the House of Representatives.

5. The Speaker of the House instructs the Law Revision Counsel as to how he wants the revision and restatement of the Act of Congress to read.

6. The U.S. Code section that authorizes the Attorney General and/or the Department of Justice to imprison men and women amended or repealed the Act of Congress it was derived from.

7. All of the Code sections in Title 18 of the U.S. Code have amended or repealed the Acts of Congress they were derived from.

8. There are other people besides the Speaker of the House that also give their suggestions to the Law Revision Counsel as to how they think the revision and restatement of a particular Act of Congress should read.

9. There are no Code sections in Title 18 of the U.S. Code that have amended or repealed the Acts of Congress they were derived from.

10. The U.S. Code is copywrited and sold for profit.

11. The United States and the United States of America are the same entity.

Date:_____, 2012

Eddie Ray: Kahn
18325-008
RCI
P.O. Box 630
Winton, North Carolina 27986

## ADMISSIONS FOR THE LAW REVISION COUNSEL, PETER LEFEVRE

Pursuant to the Judiciary Act of 1789, the Petitioner submits the following Admissions to the current Law Revision Counsel, Peter LeFevre. You are directed to answer each of the Admissions under oath and return said answers to the Petitioner within 30 days of service.

1. There is a United States Code section that authorizes the U.S. Attorney General and/or the Department of Justice to imprison men and women.

2. The Code section that authorizes the Attorney General and/or the Department of Justice to imprison men and women is a revision and restatement of the Act of Congress it was derived from.

3. All U.S. Codes are a revision and restatement of an Act of Congress.

4. The Law Revision Counsel works exclusively for the Speaker of the House of Representatives.

5. The Speaker of the House instructs the Law Revision Counsel as to how he wants the revision and restatement of the Act of Congress to read.

6. The U.S. Code section that authorizes the Attorney General and/or the Department of Justice to imprison men and women amended or repealed the Act of Congress it was derived from.

7. All the Code sections in Title 18 of the U.S. Code have amended or repealed the Acts of Congress they were derived from.

8. There are other people besides the Speaker of the House that also give their suggestions to the Law Revision Counsel as to how they think the revision and restatement of a particular Act of Congress should read.

9. There are no Code sections in Title 18 of the U.S. Code that have amended or repealed the Acts of Congress they were derived from.

10. The U.S. Code is copywrited and sold for profit.

Date: _____, 2012

Eddie Ray Kahn
18325-008
RCI
P.O. Box 630
Winton, North Carolina 27986

## PETITIONER'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to the Act of Congress cited at 62 Stat. 966, the Petitioner submits the following interrogatories and requests for documents to the Respondent. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying within 30 days of service.

1. State the duties of the Respondent, Jonathan C. Miner, Warden at Rivers Correctional Institution in Winton, North Carolina. If those duties are set forth in any job description or other document, produce the document.

2. State the lawful authority which the Respondent is relying on as his authority to imprison Eddie Ray: Kahn. If the authority is a written document, produce the document.

3. State whether Eddie Ray: Kahn is in the custody of the federal Bureau of Prisons or he is in the custody of Rivers Correctional Institution. Produce any document that supports your statement.

4. Produce a copy of the contract between GEO Group. Inc. and the federal Bureau of Prisons. The document ID # is DJB1PC013, according to GEO Group, Inc.'s legal counsel. This document allegedly authorizes the Respondent to imprison me.

5. State how many years you have been a Warden working for GEO Group, Inc..

6. State whether you are bonded. If yes, produce a copy of the Bond.

7. State whether you have ever been sued for False Imprisonment. If yes, how many times? Produce the court documents that support your statement.

8. State whether the Respondent has any power or authority over Eddie Ray: Kahn that the Department of Justice/Bureau of Prisons does not have. If yes, produce any document that verifies your statement.

Date:_____, 2012

Eddie Ray: Kahn
18325-008
RCI
P.O. Box 630
Winton, North Carolina 27986