IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


Case Number: 5:12-HC-2149-FL


EDDIE RAY KAHN,
                Petitioner,
    v.                                     **Judgment in a Civil Case**
JONATHAN C. MINER,
                Respondent.


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for an initial review under 28 U.S.C. § 2243.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on November 7, 2012, with service on

Eddie Ray Kahn (via U.S. Mail)
18325-008
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986




November 7, 2012                      /s/ Julie A. Richards
                                          Clerk